John R. Hillsman (State Bar No. 71220)
Abraham Feinstein Hillsman (State Bar No. 241810)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

Lyle C. Cavin, Jr. (SBN 44958)
Christopher W. Goodroe (SBN 224386)
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
LORI WADE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 09 1976 JCS<br><br>E-filing<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

COME NOW THE PARTIES HERETO, by and through their respective counsel, and hereby stipulate as follows, that:

---

Stipulation and ~~Proposed~~ Order Continuing
Initial Case Management Conference and
Related Deadlines     1

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
415/421-9292

WHEREAS, Defendant UNITED STATES OF AMERICA appeared herein on July 10, 2009; and,

WHEREAS, counsel for the parties met and conferred in person on Monday, July 21, 2009, to discuss initial disclosures and ADR planning, in compliance with the Court's May 5, 2009 Order Setting Initial Case Management Conference and ADR deadlines;

The following continuances are respectfully requested in order to give the parties adequate time to prepare for the Initial Case Management Conference and to file and exchange the required documents prior to said Conference:

| **Currently Scheduled Date** | **Proposed Continued Date** |
|---|---|
| Initial Case Management Conference<br><br>August 14, 2009, 1:30 p.m. | September 18, 2009, 1:30 p.m. |
| filing of Joint Case Management Statement<br><br>August 7, 2009 | September 11, 2009 |
| filing of Rule 26(f) Report<br><br>August 7, 2009 | September 11, 2009 |
| exchange of Initial Disclosures<br><br>August 7, 2009 | September 11, 2009 |
| filing of ADR Certification and either Stipulation to ADR Process or Notice of Need for ADR Phone Conference<br><br>July 24, 2009 | September 11, 2009 |

IT IS SO STIPULATED:

_____

Stipulation and ~~Proposed~~ Order Continuing
Initial Case Management Conference and
Related Deadlines                                                                                                    2

| | |
|---|---|
| Dated: June 21, 2009 | McGUINN, HILLSMAN & PALEFSKY<br>Attorneys for Plaintiff |
| | By: /s/ Derek B. Jacobson<br>_____<br>Derek B. Jacobson |
| Dated: _____ | TONY WEST<br>Assistant Attorney General<br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br>R. MICHAEL UNDERHILL<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division |
| | By: /s/ Jean M. Franken<br>_____<br>Jean M. Franken<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice |

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

GOOD CAUSE APPEARING THEREFOR, the Initial Case Management Conference scheduled for August 14, 2009, is hereby continued to the new date <u>of Friday, September 18, 2009, at 1:30 p.m.</u>, and the Court hereby adopts the rescheduled deadlines set forth above.

IT IS SO ORDERED.

Dated: __July 31, 2009_____    _____
UNITED STATES MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

_____
Stipulation and ~~Proposed~~ Order Continuing
Initial Case Management Conference and
Related Deadlines

3