UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI WADE, individually and as Personal Representative of PAUL ALAN WADE Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil No. CV 09-1976 JCS<br><br>IN ADMIRALTY<br><br>ORDER TO CONTINUE DATES FOR MEDIATION AND FURTHER CASE MANAGEMENT <u>CONFERENCE</u> |

WHEREFORE, the Court previously set the following pretrial dates, among others: (a) Completion of Mediation by December 17, 2009; (b) further Case Management Statement due by January 4, 2010; and further Case Management Conference set for January 8, 2010, at 01:30 p.m.;

//

WHEREFORE, pursuant to the filed stipulation of counsel, and for the reasons set out in the letter of the private mediator to the Court, a copy of which is attached as Appendix "A" to the stipulation of counsel, it is

ORDERED that the foregoing dates shall be vacated and the following dates are hereby set:

    (a)    Completion of mediation by March 31, 2010;

    (b)    Further Case Management Statement due by April 12, 2010; and

    (c)    Further Case Management Conference set for April 16, 2010, at 01:30 p.m.;

and it is further

ORDERED that all other calendared dates shall remain as originally set.

IT IS SO ORDERED.

Dated: Nov. 30, 2009

                                          THE HONORABLE JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
JEANNE M. FRANKEN, Trial Attorney
Torts Branch, Civil Division, U.S. Department of Justice

Attorneys for Defendant United States of America

ORDER TO CONTINUE DATE FOR MEDIATION    2    Civil No. CV 09-1976 JCS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the forgoing (PROPOSED) ORDER TO CONTINUE DATES was served on the following, at their last known e-mail addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| John R. Hillsman | uroy3@aol.com | November  25 , 2009 |
| Derek Jacobson | dbj@mhpsf.com | November  25 , 2009 |
| Christopher Goodroe | cgoodroe@sealawyer.com | November  25 , 2009 |

      /s/ R. Michael Underhill
      R. MICHAEL UNDERHILL