UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant(s).<br>_____/ | Case No. C09-01976 JCS<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE AND SETTING TELEPHONIC STATUS CONFERENCE FOR MAY 27, 2011** |

On May 20, 2011, Plaintiff filed a letter advising the Court about a trial conflict.

IT IS HEREBY ORDERED THAT:

1. The final pretrial conference set for June 17, 2011, at 1:30 p.m., is vacated.

2. The seven day bench trial set for June 27, 2011, at 8:30 a.m., is vacated.

3. A telephonic status conference is set for **May 27, 2011, at 1:30 p.m.,** to set a new pretrial and trial date. Any pretrial filings will be calculated from the new dates.

IT IS SO ORDERED.

Dated: May 25, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge