United States District Court

For the Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6 LORI WADE,                                    Case No. C09-01976 JCS

7            Plaintiff(s),

8       v.                                      **ORDER REGARDING TIME LIMITS FOR CLOSING ARGUMENTS**

9 UNITED STATES OF AMERICA,

10           Defendant(s).

11 _____/

12       IT IS HEREBY ORDERED that the parties will have thirty (30) minutes each side for

13 closing arguments. At the beginning of the arguments the Court will advise of particular areas of

14 concern to the Court. The issues to be addressed will include:

15       1. Whether the Coast Guard was negligent.

16       2. Causation.

17 The Court believes that all issues of concern to the Court can be addressed in less than the time

18 allotted. Closing arguments will occur at 2:00 p.m., after the Court's case management conferences.

19       IT IS SO ORDERED.

20

21 Dated: May 23, 2012

22

23 _____

   JOSEPH C. SPERO

   United States Magistrate Judge

24

25

26

27

28