UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WADE,<br><br>        Plaintiff(s),<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant(s). | Case No. C09-01976 JCS<br><br>**ORDER REGARDING TIME LIMITS FOR CLOSING ARGUMENTS** |

IT IS HEREBY ORDERED that the parties will have thirty (30) minutes each side for closing arguments. At the beginning of the arguments the Court will advise of particular areas of concern to the Court. The issues to be addressed will include:

1. Whether the Coast Guard was negligent.
2. Causation.

The Court believes that all issues of concern to the Court can be addressed in less than the time allotted. Closing arguments will occur at 2:00 p.m., after the Court's case management conferences.

IT IS SO ORDERED.

Dated: May 23, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge